# EXHIBIT 1

United States of America

*To Promote the Progress* *of Science and Useful Arts*

# The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

Katherine Kelly Vidal

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

US00D933333S

(12) **United States Design Patent**
**Xu**

(10) **Patent No.:** **US D933,333 S**
(45) **Date of Patent:** ** **Oct. 19, 2021**

(54) **SHAPED SUPPORT BELT**

(71) Applicant: **Zhennan Xu**, Hong Kong (HK)

(72) Inventor: **Zhennan Xu**, Hong Kong (HK)

(73) Assignee: **HEXIN HOLDING LIMITED**, KL (HK)

(**) Term: **15 Years**

(21) Appl. No.: **29/772,761**

(22) Filed: **Mar. 4, 2021**

(51) **LOC (13) Cl.** ............................................. **02-01**

(52) **U.S. Cl.**
USPC ........................................ **D2/701**; D24/190

(58) **Field of Classification Search**
USPC .......... D2/700–704, 624; D24/190; D21/662
CPC ................ A41C 1/00; A41C 1/02; A41C 1/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,494,216 A | * | 1/1950 | Versoy | A61F 5/03 450/120 |
| D265,853 S | | 8/1982 | Meloy | |
| D408,116 S | * | 4/1999 | Gale | D2/627 |
| D499,882 S | | 12/2004 | Baclawski | |
| D660,439 S | * | 5/2012 | Chen | D24/190 |
| D784,545 S | | 4/2017 | Jangir | |
| D809,245 S | | 2/2018 | Yeomans et al. | |
| D816,944 S | | 5/2018 | Gonzalez | |
| D844,288 S | | 4/2019 | Cluett et al. | |
| D875,261 S | * | 2/2020 | Liu | D24/190 |
| D881,515 S | * | 4/2020 | Mei | D2/702 |
| D884,198 S | * | 5/2020 | Mei | D24/190 |
| D884,199 S | * | 5/2020 | Mei | D24/190 |
| D895,229 S | | 9/2020 | Harrisson | |
| D902,527 S | | 11/2020 | Lin | |
| D910,859 S | * | 2/2021 | Mei | D24/190 |
| D913,630 S | * | 3/2021 | Mei | D2/702 |
| D914,889 S | * | 3/2021 | Langberg | D24/190 |
| D916,298 S | * | 4/2021 | Langberg | D24/190 |

(Continued)

OTHER PUBLICATIONS

OMAX Lumbar Back Brace—Adjustable Trainer Straps for Lower Back Core Support Belt, posted May 1, 2020 [online], (retrieved May 9, 2021). Retrieved from the internet, https://www.amazon.com/dp/B08744GLSD/ref=sspa_dk_detail_0?psc=1&pd_rd_i=B08744GLSD&pd_rd_w=f6pVr&pf_rd_p=c1a1d435-a11f-487a-977%E2%80%A6 (Year: 2020).*

(Continued)

*Primary Examiner* — Kevin K Rudzinski
*Assistant Examiner* — J. Thorn, Sr.

(57) **CLAIM**

The ornamental design for a shaped support belt, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a shaped support belt showing my new design;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a left side elevation view thereof;
FIG. **5** is a right side elevation view thereof;
FIG. **6** is a top plan view thereof;
FIG. **7** is a bottom plan view thereof;
FIG. **8** is a front view thereof, shown in a reduced scale with the strap in an unfolded state;
FIG. **9** is an inside view thereof, shown in a reduced scale with the strap in an unfolded state;
FIG. **10** is a front view thereof, shown in a reduced scale in another configuration; and,
FIG. **11** is a left view thereof, shown in a reduced scale in another configuration.
The broken lines shown in the drawings depict stitching which forms part of the claimed design.

**1 Claim, 11 Drawing Sheets**





(56) **References Cited**

U.S. PATENT DOCUMENTS

D920,523 S * 5/2021 Lin ............................ D24/190

OTHER PUBLICATIONS

VENUZOR Waist Trainer Belt for Women—Waist Cincher Trimmer-Slimming Body Shaper Belt—Sport Girdle Belt, posted Nov. 27, 2020 [online], (retrieved May 9, 2021). Retrieved from the internet, https://www.amazon.com/dp/B07XYYBK1M/ref=sspa_dk_detail_2?pd_rd_i=B07XYY4WMY&pd_rd_w=0Am4O&pf_rd_p=91afecf5-8b2e-41e2 (Year: 2020).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

US00D981078S

(12) **United States Design Patent**
**Xu**

(10) **Patent No.: US D981,078 S**
(45) **Date of Patent: ** Mar. 21, 2023**

(54) **CORSET BELT**

(71) Applicant: **HEXIN HOLAING LIMITED**, Hong Kong (HK)

(72) Inventor: **Zhennan Xu**, Hong Kong (HK)

(**) Term: **15 Years**

(21) Appl. No.: **29/805,757**

(22) Filed: **Aug. 30, 2021**

(51) **LOC (14) Cl.** ............................................... **02-01**

(52) **U.S. Cl.**
USPC ........................................................... **D2/702**

(58) **Field of Classification Search**
USPC .................. D2/627, 701, 702, 704, 705, 851
CPC ................................ A61F 5/03; A61F 13/148
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 704,007 | A | * | 7/1902 | Doolittle | A41C 1/00 450/94 |
| 1,584,434 | A | * | 5/1926 | Colley | A41C 1/08 450/124 |
| 3,298,366 | A | * | 1/1967 | Moore | A61F 13/148 602/61 |
| D625,019 | S | | 10/2010 | Chiang | |
| D626,244 | S | | 10/2010 | Sagnip et al. | |
| D650,485 | S | | 12/2011 | Jaccard | |
| D728,804 | S | * | 5/2015 | Hansen | A41C 1/00 D24/190 |
| D752,233 | S | * | 3/2016 | Fruscione-Loizides | D24/190 |
| 9,579,237 | B2 | * | 2/2017 | Hansen | A61F 13/148 |
| D789,547 | S | | 6/2017 | Matfus et al. | |
| D800,991 | S | * | 10/2017 | Gordon | D2/627 |
| D826,516 | S | * | 8/2018 | Vopni | A61F 13/148 D2/624 |
| D850,757 | S | * | 6/2019 | Jackson | D29/101.5 |
| D875,261 | S | | 2/2020 | Liu | |
| D877,451 | S | * | 3/2020 | Ardit | A61F 13/148 D2/627 |

(Continued)

FOREIGN PATENT DOCUMENTS

CN 202130500215.0 * 8/2021

OTHER PUBLICATIONS

MT210300 BK1 36 Black Latex Tummy Wrap Compression Band Higher Power, Announced Jul. 15, 2021 [online], [site visited Aug. 12, 2022]. Available from internet, URL: <https://www.youtube.com/watch?v=9U4vYsZZVYI> (Year: 2021).*

*Primary Examiner* — Kevin K Rudzinski
*Assistant Examiner* — Amber J Rabie

(57) **CLAIM**

The ornamental design for a corset belt, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a corset belt design showing my new design.
FIG. **2** is a front view of a corset belt.
FIG. **3** is a rear view of a corset belt.
FIG. **4** is a left side view of a corset belt.
FIG. **5** is a right side view of a corset belt.
FIG. **6** is an enlarged top view of a corset belt.
FIG. **7** is an enlarged bottom view of a corset belt; and,
FIG. **8** is a perspective view thereof, showing the corset belt in a state of use.
Any shading and cross-hatching are not features of the design but are utilized to illustrate the surface contours of the corset belt design in the drawings.
The broken lines shown in FIG. **1**, FIG. **2**, FIG. **3** and FIG. **8** on the corset belt represent sewing thread which forms part of the claimed design.
The broken lines illustrating a mannequin in FIG. **8** are for environmental purpose only and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D914,889 S | 3/2021 | Langberg et al. |
| D916,298 S | 4/2021 | Langberg et al. |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7



FIG. 8