# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

HEXIN HOLDING LIMITED,

        Plaintiff,

    v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

        Defendants.

Case No.: 26-cv-05440

Judge Elaine E. Bucklo

Magistrate Judge M. David Weisman

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff Hexin Holding Limited ("Plaintiff"), by its counsel, hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on June 11, 2026. [Dkt. 17]. In the event that the Court does not rule on this Motion before the current TRO expiration date (July 9, 2026), Plaintiff also seeks to extend the TRO to maintain *status quo* until there is a ruling on Plaintiff's Motion for Entry of a Preliminary Injunction. This Motion is supported by a Memorandum of Law and a Declaration of Faye Yifei Deng filed concurrently.

Date: July 7, 2026

Respectfully submitted,

*/s/ Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff Hexin Holding Limited*