**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Hexin Holding Limited

Plaintiff,

v.

Case No.: 1:26−cv−05440
Honorable Elaine E. Bucklo

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 27, 2026:

MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the plaintiff's status report. Plaintiff has been engaged in settlement discussions with several Defendants. Plaintiffs' motion for entry of preliminary injunction [26] is granted. Enter Preliminary Injunction Order. The Clerk of Court is directed to unseal the following sealed documents: All previously sealed documents are hereby unsealed. Status hearing is reset for 8/27/2026 at at 9:45 a.m. (to track the case only; no appearance required). The plaintiff shall file a written status report by 8/20/2026. The court will enter an order in response to the status report. Pursuant to the notice of dismissal under Rule 41(a)(1) [31], Defendant no. 5 is dismissed. Mailed notice. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.