**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 26-cv-05440<br>**Judge Elaine E. Bucklo**<br>**Magistrate Judge M. David Weisman** |

**ORDER**

Plaintiff Hexin Holding Limited ("Plaintiff") filed a motion for entry of an order for Electronic Service of Process pursuant to Fed. R. Civ. P. 4(f)(3) as to Defendants No. 8 "LOYMOO US", No. 13 "Echo CR", No. 15 "JBTSPORTS", and No. 16 "Natures Edge" (collectively "Defendants"). After reviewing the Motion and accompanying records, this Court GRANTS Plaintiff's Motion. Accordingly, this Court orders that:

1. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, the TRO, the Preliminary Injunction, this Order and other relevant documents on a website and by sending an email to the email addresses provided for Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication and email, along with any notice that Defendants receive from payment processor, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objection.

Date: 9/17/2026

Elaine E. Bucklo
United States District Judge