**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 26-cv-05440<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge M. David Weisman** |

**Declaration of Zoey Huang**

I, Zoey Huang, declare as follows:

1. I am an associate attorney with YK Law LLP, and my firm represents Plaintiff Hexin Holding Limited ("Plaintiff") in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. On September 17, 2026, this Court entered an Order [47] authorizing Plaintiff to complete service of process on Defendants No. 8 "LOYMOO US", No. 13 "Echo CR", No. 15 "JBTSPORTS", and No. 16 "Natures Edge" (collectively "Defendants"), pursuant to Fed. R. Civ. P. 4(f)(3) by electronically publishing a link to the Complaint, the TRO, the Preliminary Injunction, the Order and other relevant documents on a website and by sending an email to the email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on September 17, 2026, I electronically published the Complaint, Summons, the TRO, the Preliminary Injunction, the Order, and other relevant documents on a website.

4. I hereby certify that on September 17, 2026, I served the Defendants by sending an email to each Defendant's email address provided by third-party platforms with a link to said website and copies of the documents themselves to the email addresses for Defendants. Below is a table of Defendants and their corresponding email addresses provided by third-party platforms upon which I served the said relevant documents.

| No | Seller Name | Email address |
|---|---|---|
| 8 | LOYMOO US | huijiancxf@outlook.com |
| 13 | Echo CR | yycyycyyc2222@163.com |
| 15 | JBTSPORTS | 1840931928@qq.com |
| 16 | Natures Edge | 3396407579@qq.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of September 2026 in Los Angeles.

*/s/ Zoey Huang*

Zoey Huang
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: zhuang@yklaw.us